No. 47997.—Protest 94785–K of M. Zwiebel (New York).

Opinion by Oliver, P. J.   In accordance with stipulation of counsel and on the authority of Abstract 40493 the claim at 45 percent under paragraph 409 was sustained.

February 5, 1943

No. 47998.————————————————Protests 4516–K, etc., of J. S. Staedtler, Inc.   C. D. 640.   Motion of Government for rehearing denied.

February 9, 1943

No. 47999.—Suit 4386.——————————————————————United States v. Mill & Mine Supply Co.   C. D. 561 affirmed.   C. A. D. 224.

Before the First Division, February 10, 1943

No. 48000.—Petition 6317–R of Robert Reiner, Inc. (New York).

Opinion by Cole, J.   The only witness was the assistant secretary and office manager of the petitioning corporation, who testified he instructed the brokers to enter at United States value, which he himself computed, in lieu of the invoice prices.   The broker followed instructions but the appraiser used cost of production as his basis, which resulted in an advance over the entered value.   The case was appealed to reappraisement (Reappraisement 135350–A), which case was incorporated herein.   From the record as presented the court was satisfied of the good faith of the petitioner, the evidence offered reflecting a very diligent effort by the importer.   The petition was therefore granted.

Before the Second Division, February 10, 1943

No. 48001.—Protests 543492–G, etc., of A. Hirschberger (New York).

Opinion by Tilson, J.   In accordance with stipulation of counsel and following Caradine v. United States (9 Cust. Ct. 69, C. D. 664) the protests were sustained as to certain of the items.